734

## Commonwealth ex rel. Jones, Appellant, v. Rundle.

Submitted September 13, 1965. *Levi Jones*, appellant, in propria persona; *Ralph B. D'Iorio*, Assistant District Attorney, *Domenic D. Jerome*, First Assistant District Attorney, and *Jacques H. Fox*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Kent, Appellant, v. Maroney.

Submitted September 13, 1965. *Donald Kent*, appellant, in propria persona; *Myrna P. Field* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Laird, Appellant, v. Frame.

Submitted September 13, 1965. *Arnold Laird*, appellant, in propria persona; *John S. Halsted*, Assistant District Attorney, and *A. Alfred Delduco*, District Attorney, for appellee.

Order affirmed.